USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/28/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X

ANTHONY GREEN,                      :

        Plaintiff,              :     08 Civ. 10142 (SHS)(HBP)

  -against-                        :     REPORT AND
                                                      RECOMMENDATION
DET. MCCALL, SGT. DOMINGUEZ, DET.   :
MICHAEL STISKIN and DET.JOSE RAMOS,

        Defendants.             :

-----------------------------------X

        PITMAN, United States Magistrate Judge:

        TO THE HONORABLE SIDNEY H. STEIN, United States District Judge,

        The pro se plaintiff commenced this action on November 21, 2008 by filing a summons and complaint. My review of the file in May 2010 disclosed that no proof of service of the summons and complaint had ever been filed and it appeared that the summons and complaint had not, in fact, been served. Accordingly, I issued an Order to plaintiff on May 3, 2010 directing that plaintiff show cause on or before July 6, 2010 why the action should not be dismissed for failure to serve the summons and complaint within the 120-day time limit established by Rule 4(m), Fed. R. Civ. P. Specifically, my May 3, 2010 Order provided:

> Despite the fact that Rule 4(m), Fed. R. Civ.
> P., requires that the summons and complaint
> be served on all defendants no later than 120
> says after the commencement of the action,
> according to the Court's records, the defen-
> dant has not yet been served. Accordingly,

> pursuant to Federal Rule of Civil Procedure 4(m), it is hereby
>
> ORDERED that plaintiff has until July 6, 2010 either to complete service of the summons and complaint on the defendants or to show good cause why such service has not been made. Failure to complete service or to show cause on or before July 6, 2010, **will** result in the issuance of a Report and Recommendation recommending the dismissal of this action.

(Emphasis in original.)

A copy of my May 3 Order was mailed to plaintiff at the address provided when he commenced this action -- the only address plaintiff ever provided to the Court. It has not been returned as undeliverable.

To date, plaintiff has not filed proof of service, has not explained why service has not been completed and has not contacted my chambers or the Court in any way. Accordingly, I respectfully recommend <u>sua sponte</u> that this action be dismissed on the ground that plaintiff has not completed service of the summons and complaint within the time permitted by Rule 4(m), Fed. R. Civ. P.

<u>OBJECTIONS</u>

Pursuant to 28 U.S.C. § 636(b)(1)(C) and Rule 72(b) of the Federal Rules of Civil Procedure, the parties shall have ten (10) days from the date of this Report and Recommendation to file written objections. <u>See also</u> Fed. R. Civ. P. 6(a) and 6(e). Such objections (and responses thereto) shall be filed with the

Clerk of the Court, with courtesy copies delivered to the chambers of the Honorable Sidney H. Stein, United States District Judge, Room 1920, 500 Pearl Street, New York, New York 10007 and to the chambers of the undersigned, Room 750, 500 Pearl Street, New York, New York 10007.  Any requests for an extension of time for filing objections must be directed to Judge Stein.  FAILURE TO OBJECT WITHIN TEN (10) DAYS **WILL** RESULT IN A WAIVER OF OBJECTIONS AND **WILL** PRECLUDE APPELLATE REVIEW.  Thomas v. Arn, 474 U.S. 140 (1985); United States v. Male Juvenile, 121 F.3d 34, 38 (2d Cir. 1997); I.U.E. AFL-CIO Pension Fund v. Hermann, 9 F.3d 1049, 1054 (2d Cir. 1993); Frank v. Johnson, 968 F.2d 298, 300 (2d Cir. 1992); Wesolek v. Canadair Ltd., 838 F.2d 55, 58 (2d Cir. 1988); McCarthy v. Manson, 714 F.2d 234, 237-38 & n.2 (2d Cir. 1983).

Dated:   New York, New York
         July 28, 2009

Respectfully submitted,

_____
HENRY PITMAN
United States Magistrate Judge

Copy mailed to:

Mr. Anthony Green
DIN# 349-08-087
Manhattan Detention Complex
125 White Street
New York, New York 10013