```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/31/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

ANTHONY GREEN,                              :       08 Civ. 10142 (SHS)

                Plaintiff,                :

    -against-                              :       ORDER

DET. MCCALL, *ET AL.*,                      :

               Defendants.            :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

        On July 28, 2010, Magistrate Judge Henry Pitman issued a Report and Recommendation recommending that this action be dismissed on the ground that plaintiff has not completed service of the summons and complaint within the time permitted by Fed. R. Civ. P. 4(m). Objections to the Report and Recommendation were due on August 16, 2010. To date, the Court has received no objections from plaintiff. After a *de novo* review of the Report and Recommendation dated July 28, 2010,

        IT IS HEREBY ORDERED that Magistrate Judge Pitman's Report and Recommendation is adopted and this action is dismissed on the ground that plaintiff has not completed service of the summons and complaint within the time permitted by Fed. R. Civ. P. 4(m).

Dated: New York, New York
       August 31, 2010

                                        SO ORDERED:

                                        Sidney H. Stein, U.S.D.J.